UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EROS IULIANO,<br><br>                    Plaintiff,<br><br>-against-<br><br>IPSOFT, INC., et al.,<br><br>                    Defendants. | No. 19 Civ. 7670 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for October 15, 2020, at 10:00 a.m. EST, shall take place telephonically. The dial-in number for the conference is (888) 363-4734, access code: 4645450. The parties are directed to call in promptly at 10:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
           October 14, 2020

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge