UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EROS IULIANO,<br><br>                    Plaintiff<br><br>          -against-<br><br> IPSOFT, INC., et al.,<br><br>                    Defendants. | 19 Civ. 7670 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of letters from counsel to Plaintiff (see dkt. no. 15) and Defendants (see dkt. no. 16). Counsel shall provide any response to these letters no later than November 20, 2020.

    Counsel shall appear by telephone for a conference on December 3, 2020 at 9:00 a.m.  The dial-in number for the conference is (888) 363-4734, access code: 4645450.  Counsel for the parties are directed to call in promptly at 9:00 a.m.

**SO ORDERED.**

Dated:    New York, New York
         November 16, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge