UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| EROS IULIANO, | |
|---|---|
| Plaintiff | 19 Civ. 7670 (LAP) |
| -against- | ORDER |
| IPSOFT, INC., et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    A settlement conference has been set for January 5, 2021 at 2:00 pm EST.  The parties and their counsel shall appear by telephone.  The dial-in number for the conference is (888) 363-4734, access code: 4645450.  Counsel and the parties are directed to call in promptly at 2:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
          December 3, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge