**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

January 4, 2021

**Via ECF**
Hon. Loretta A. Preska
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

```
Plaintiff's request for an
adjournment is GRANTED.  SO ORDERED.

Loretta A. Preska  1/04/2021
```

   Re: **Eros Iuliano v. IPSoft Incorporated, et al.**
     **Case No.: 1:19-cv-07670-LAP**

Dear Judge Preska:

  We represent the Plaintiff in the above referenced matter against IPSoft Incorporated ("IPSoft") and John Heater, individually ("Heater"). We write Your Honor to respectfully request an adjournment of the telephonic Settlement Conference presently scheduled for tomorrow, January 5, 2021 at 2:00 p.m., and request its adjournment to another date that is agreeable to the Court.

  We apologize for the short notice in submitting this request, but Plaintiff will not be able to attend the Conference due to an emergency medical issue. Therefore, we respectfully request that Your Honor adjourn the parties' Conference. This is Plaintiff's first request for an adjournment of the Settlement Conference for this matter. Counsel for Defendants consents to Plaintiff's request.

  We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES, PLLC**

*/s/ Silvia C. Stanciu, Esq.*
Silvia C. Stanciu, Esq.

cc: Raquel Lord, Kristine Feher, *Attorneys for Defendants* (Via ECF).