UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EROS IULIANO,<br><br>                    Plaintiff<br><br>          -against-<br><br>IPSOFT, INC., et al.,<br><br>                    Defendants. | 19 Civ. 7670 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform the Court by letter no later than February 5, 2021 of the status of settlement discussions.

**SO ORDERED.**

Dated:   New York, New York
         February 1, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge